### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

WATTY D. TOWNSEND,

    Plaintiff,

vs.                                             CASE NO. CV 08-2015-NE

MIDLAND CREDIT
MANAGEMENT, INC., et al.,

    Defendants.

### ORDER

The court having been informed that this case has been amicably settled,

It is therefore **ORDERED** by the court that this case be and hereby is **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that this court retains jurisdiction over the parties for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal.

**DONE** and **ORDERED** this the 28th day of July, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE